**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://www.facebook.com/watch/?v=5506397776082082



**EXHIBIT 2:** INFRINGEMENT# 2
URL: https://www.facebook.com/watch/?v=833806180988584

